IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CATHY F. ROBERTS                                                                              PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 2:17cv129-KS-MTP

NANCY A. BERRYHILL
*Commissioner of Social Security*                                                             DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 17, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion for Leave to Proceed In Forma Pauperis [2] is DENIED.

Plaintiff is given ten (10) days to pay all of the costs associated with the filing of this action, and should the plaintiff fail to timely file all of the costs associated with the filing of this action, this action will be dismissed without prejudice and without further notice.

SO ORDERED, this the ___31st____ day of August, 2017.

　　　　　　　　　　　　　　　　　　　　___s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE